UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. G. (a minor), et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FRANKLIN MCKINLEY SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No. 5:14-cv-04124 EJD<br><br>**ORDER CONTINUING MOTION HEARING; REQUIRING APPEARANCE FOR DEFENDANT** |

      As stated on the record at the hearing on December 5, 2014, the hearing on the Motion to Approve Settlement of Minor's Claims (Docket Item No. 6) is CONTINUED to **10:00 a.m. on December 10, 2014.**

      Furthermore, IT IS ORDERED that Rudy Herrera, Deputy Superintendent of the Franklin-McKinley School District, 645 Wool Creek Drive, San Jose, California, 95112, and Laura Schulkind of Liebert, Cassidy, Whitmore, 153 Townsend Street, Suite 520, San Francisco, California, 94107, shall personally appear at the hearing on December 10, 2014.  Counsel for Plaintiffs shall forthwith notify these individuals of the order for appearance, and the Clerk shall send a copy of this Order to the addresses listed above.

      **IT IS SO ORDERED.**

Dated:  December 5, 2014

                                                      EDWARD J. DAVILA
                                                    United States District Judge

1

Case No.: 5:14-cv-04124 EJD
ORDER CONTINUING MOTION HEARING; REQUIRING APPEARANCE FOR DEFENDANT