UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. G. (a minor), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRANKLIN MCKINLEY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:14-cv-04124-EJD<br><br>**ORDER DENYING REQUEST TO VACATE ORDER; ORDERING APPEARANCE OF DEFENSE COUNSEL** |

The declaration filed on December 8, 2014, by attorney Lynn A. Garcia (Docket Item No. 14) has been construed as a request to vacate the Order requiring the personal appearances of Deputy Superintendent Rudy Herrera and attorney Laura Schulkind. As so construed, the request is DENIED. The order for the personal appearances of Herrera and Schulkind for the hearing at 10:00 a.m. on December 10, 2014, remains in effect.

In addition, IT IS ORDERED that attorney Lynn A. Garcia shall also personally appear at the hearing on December 10, 2014.

**IT IS SO ORDERED.**

Dated: December 8, 2014

                                          EDWARD J. DAVILA
                                          United States District Judge