UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 55 mins

## CIVIL MINUTES

**Judge:** Edward J. Davila
**Date:** December 10, 2014
**Case No.:** C-14-04124 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Fisher
**Special Master:** N/A
**Interpreter:** N/A

## CASE TITLE

**J.G. et al v. Franklin McKinley School District, et al**

## APPEARANCES

**Attorney(s) for Plaintiff(s):** David Tollner, Maureen Tabari
**Attorney(s) for Defendant(s):** Lynn Garcia, Laura Schulkind
**Other Appearance(s):** Rudy Herrera

## PROCEEDINGS

**Continued hearing on Motion for Settlement of Minor's Claims (Doc. 6)**

## ORDER AFTER HEARING

Hearing held. The parties to submit a revised form of settlement for the court's approval.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: